UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARTHOLOMEW L. JONES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>BOB FERGUSON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:25-cv-05678-JHC-DWC<br><br>ORDER TO SHOW CAUSE |

　　　　This action filed pursuant to 42 U.S.C § 1983 has been referred to United States Magistrate Judge David W. Christel. Plaintiff Bartholomew L. Jones, proceeding *pro se*, filed a motion to proceed *in forma pauperis* ("IFP"), a letter discussing his financial situation, and a proposed civil rights complaint. Dkts. 4, 4-1.

　　　　The right to proceed *in forma pauperis* is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Rather, proceeding *in forma pauperis* is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Here, Plaintiff states he has $180 cash on hand and a bank account containing approximately $20,000 in settlement funds. Dkt. 4 at 1–3. Plaintiff also states he does not have direct control over his

ORDER TO SHOW CAUSE - 1

finances, including the bank account containing his settlement funds. *Id.* at 1. However, this circumstance does not impact Plaintiff's ability to afford the filing fee.

Based on the information supplied, the Court concludes Plaintiff can afford to pay the $405.00 filing fee. Accordingly, if he intends to proceed in this action, Plaintiff must accomplish one of the following on or before September 26, 2025:

    a. Show cause why the IFP motion (Dkt. 4) should not be denied; or

    b. Pay the $405.00 filing fee.

Failure to show cause or pay the stated amount shall be deemed a failure to properly prosecute and may result in a recommendation this action be dismissed.

Dated this 27th day of August, 2025.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2