UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARTHOLOMEW L. JONES,

              Plaintiff,

   v.

BOB FERGUSON, et al.,

              Defendants.

CASE NO. 3:25-cv-05678-JHC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel, Dkt. # 7, to which there was no objection. and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. # 4) is denied. This action will proceed only if Plaintiff pays the $405.00 filing fee within ***thirty (30) days*** of the date of this Order. If no filing fee is paid within 30 days of the Court's Order, the Clerk should close this case.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 24th day of October, 2025.

JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1